**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

STEVEN JAMES,

                              Petitioner,                    9:18-cv-864 (BKS/CFH)

v.

SUPERINTENDENT,

                              Respondent.

**Appearances:**

*Petitioner pro se:*
Steven James
Cohoes, NY 12047

*For Respondent:*
Letitia James
Attorney General for the State of New York
Priscilla I. Steward
Assistant Attorney General
28 Liberty Street
New York, NY 10005

**Hon. Brenda K. Sannes, United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

On July 25, 2018, Petitioner pro se Steven James filed a petition seeking a writ of habeas

corpus under 28 U.S.C. § 2254 challenging his conviction, following a guilty plea, of attempted

criminal possession of a weapon in the second degree. (Dkt. No. 1). On November 6, 2018,

Respondent filed an answer, accompanied by the state court records. (Dkt. Nos. 7–8). Petitioner

filed a traverse on November 29, 2018, and a supplemental traverse on April 17, 2019. (Dkt.

Nos. 10, 13). This matter was assigned to United States Magistrate Judge Christian F. Hummel

who, on September 13, 2021, issued a Report-Recommendation recommending that Petitioner's

petition be denied and dismissed because the Fourth Amendment claims that he raised in the petition are foreclosed by *Stone v. Powell*, 428 U.S. 465 (1976). (Dkt. No. 16). Magistrate Judge Hummel advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. (*Id.* at 7–8). No objections to the Report-Recommendation have been filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 16) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the Petition is **DENIED** and **DISMISSED**; and it is further

**ORDERED** that no certificate of appealability ("COA") is issued because Petitioner has failed to make "a substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2). Any further request for a COA must be addressed to the Court of Appeals (Fed. R. App. P. 22(b)); and it is further

**ORDERED** that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated:  September 30, 2021
          Syracuse, New York

Brenda K. Sannes
U.S. District Judge